| | |
|---|---|
| 1 | GEOFFREY HANSEN |
|   | Acting Federal Public Defender |
| 2 | RITA BOSWORTH |
|   | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
|   | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
|   | Telephone:  (415) 436-7700 |

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

Counsel for Defendant O'CONNOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-11-814 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE SENTENCING DATE |
| v. | ) | |
| | ) | Current Date: March 5, 2012, at 1:30 p.m. |
| ROBIN O'CONNOR, | ) | Proposed Date: March 26, 2012, at 1:30 p.m. |
| | ) | |
| Defendant. | ) | |
| | ) | |

Ms. O'Connor pled guilty to one count of wire fraud on November 14, 2011.  On that date, her sentencing hearing was scheduled for March 5, 2012.  The parties now jointly request a continuance of that date to March 26.  There is good cause for the continuance because government counsel is currently in a lengthy trial that will not end until March.  This is a complicated case and the parties believe it is important to ensure continuity of government counsel.  In addition, because of his trial schedule, a continuance is necessary for government counsel to adequately respond to the pre-sentence report and file a sentencing memo.  This is the first continuance that the parties have requested and Ms. O'Connor will not be prejudiced by the continuance.  She is out of custody and has been in compliance with all of her conditions of release.  Defense counsel, government counsel, and the probation officer are all available for sentencing on March 26.

Stipulation and [Proposed] Order; *U.S. v. O'Connor*; 11-814 JW              1

The parties additionally request that the briefing schedule be amended as follows:

Objections to PSR due: March 6

Final PSR due: March 12

Sentencing Memoranda due: March 19

Sentencing Replies (if necessary) due: March 22

SO STIPULATED.

DATED:   2/17/12                                         /s/
                                                         _____
                                                         RITA BOSWORTH
                                                         Assistant Federal Public Defender


DATED:   2/17/12                                         /s/
                                                         _____
                                                         THOMAS STEVENS
                                                         Assistant United States Attorney

The Court hereby ORDERS that the defendant's sentencing hearing is continued to March 26, 2012, at 1:30 p.m. The Court further orders that the amended briefing schedule proposed by the parties shall be adopted.

 February 21, 2012                                       _James Ware_____
        DATE                                             HON. JAMES WARE
                                                         Chief United States District Judge

Stipulation and [Proposed] Order; *U.S. v. O'Connor*; 11-814 JW                     2