1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant O'CONNOR
6

7
                        IN THE UNITED STATES DISTRICT COURT
8
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )   No. CR 11-814 MEJ (JW)
11                                     )
                    Plaintiff,         )
12                                     )   STIPULATION AND [PROPOSED]
   v.                                  )   ORDER TO MODIFY CONDITIONS OF
13                                     )   RELEASE
                                       )
14 ROBIN O'CONNOR,                     )
                                       )
15                  Defendant.         )
   _____ )
16

17      On March 26, 2012, defendant Robin O'Connor was sentenced to 21 months in custody.

18 The Court permitted Ms. O'Connor to remain out of custody on her pretrial conditions of release

19 and report on her own to her designated Bureau of Prisons facility. She has been notified that

20 she is to report to FDC Dublin on June 25, 2012.

21      Ms. O'Connor now comes before the Court requesting a modification of her conditions

22 of release. Currently, she is not authorized to leave the Northern District of California, and she

23 also agreed to surrender her passport as a condition of release. However, her family will be

24 moving to San Diego in early June, and she needs to be able to help her husband and children

25 with the move prior to going into custody. In addition, her sister, who lives in Virginia, has

26 agreed to take care of Ms. O'Connor's dogs while she is in custody, and Ms. O'Connor would

1  like to transport her dogs to Virginia for that purpose. Finally, Ms. O'Connor's husband will be
2  working in Costa Rica for three weeks in May, and she would like to take her two sons to visit
3  him during the week of Memorial Day. For that trip, she will need her passport, which she has
4  surrendered to the government.

5  Ms. O'Connor's pretrial services officer, Timothy Elder, has indicated that he has no
6  objection to any of Ms. O'Connor's proposed travel. Ms. O'Connor has been in strict
7  compliance with all of her conditions of release, sometimes doing more than necessary to ensure
8  that she is in compliance. In addition, Mr. Elder does not believe Ms. O'Connor poses a flight
9  risk, given the fact that she has two small children and that her husband has already made plans
10 to move to San Diego with them. As such, Mr. Elder has no objection to lifting the travel
11 restriction from Ms. O'Connor's conditions of release, as long as Ms. O'Connor provides pretrial
12 services with all of her travel information, including her itinerary, lodging, and contact
13 information. He also has no objection to Ms. O'Connor receiving her passport for the purpose of
14 traveling to Costa Rica, as long as she returns it prior to going into custody. The government
15 also has no objection.

16 For good cause shown, the parties hereby stipulate and agree that Ms. O'Connor's
17 conditions of release shall be modified such that the pretrial services officer has the discretion to
18 permit her to travel outside the Northern District of California. The parties further agree that Ms.
19 O'Connor shall receive her passport back for the purpose of travel to Costa Rica, and that she
20 will re-surrender her passport upon return.

22  IT IS SO STIPULATED.

26  STIP. & [PROPOSED] ORDER TO MODIFY
CONDITIONS OF RELEASE  *US v. O'Connor*,
11-814 MEJ (JW)                    2

|   |   |
|---|---|
| | MELINDA HAAG<br>United States Attorney |
| 4/17/12<br>_____<br>DATED | /s/<br>_____<br>THOMAS STEVENS<br>Assistant United States Attorney |
| | GEOFFREY HANSEN<br>Acting Federal Public Defender |
| 4/17/12<br>_____<br>DATED | /s/<br>_____<br>RITA BOSWORTH<br>Assistant Federal Public Defender |

In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions of release shall be modified such that Pretrial Services shall have the discretion to permit the defendant to travel outside of the Northern District of California. The defendant's conditions shall further be modified such that she may retrieve her passport for travel to Costa Rica in May, and she will again surrender her passport upon return to the United States and prior to reporting to FDC Dublin to serve her sentence.

|   |   |
|---|---|
| April 17, 2012<br>_____<br>DATED | _____<br>MARIA ELENA JAMES<br>United States Magistrate Judge |

STIP. & [PROPOSED] ORDER TO MODIFY
CONDITIONS OF RELEASE *US v. O'Connor*,
11-814 MEJ (JW)                                    3