| | |
|---|---|
| 1 | GEOFFREY HANSEN |
| | Acting Federal Public Defender |
| 2 | RITA BOSWORTH |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant O'CONNOR |
| 6 | |



IT IS SO ORDERED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-814 JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | SECOND STIPULATION AND |
| v. | ) | [PROPOSED] ORDER TO CONTINUE |
| | ) | SURRENDER DATE |
| | ) | |
| ROBIN O'CONNOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 26, 2012, defendant Robin O'Connor was sentenced by this Court to 21 months in custody. She was ordered to self-surrender on June 11, 2012. She specifically requested this date so that her two young children could finish the school year before she had to go into custody. On April 10, 2012, this Court granted Ms. O'Connor's request to change her self-surrender date to June 25 in order to assist with her family's move to San Diego.

Ms. O'Connor now comes before the Court requesting an additional brief continuance of her surrender date due to new developments in her family's circumstances. After she was given a custodial sentence, Ms. O'Connor and her husband made arrangements to move to San Diego so that Mr. O'Connor could keep his job and care for the children without having to move them to England. The family was scheduled to move in mid-June so that Ms. O'Connor could help

1  settle the children in their new home before she left to serve her sentence.  However, Ms.
2  O'Connor recently learned that the house they will be moving into in San Diego will now not be
3  available for them to move into until July 9th.  Therefore, all of the moving and unpacking will
4  need to occur after that date, and Mr. O'Connor will continue to work full time throughout this
5  process.

6      In addition, Ms. O'Connor is needed to provide childcare to her two young sons prior to
7  the time they start school.  Fortunately, they were able to enroll the kids in a year-round school,
8  which will ease the burden of childcare for Mr. O'Connor.  However, school does not start until
9  July 16th, and until that date, the family does not have a full-time caretaker should Ms. O'Connor
10 be in jail.

11     In light of the new circumstances set forth above, Ms. O'Connor requests one more brief
12 continuance of her self-surrender date from June 25, 2012, to July 23, 2012.  This additional time
13 will allow her to assist her family make a smooth transition and move to a new city, make sure
14 her sons are settled in their new school for their first week, and ease the burden on her husband,
15 who will be the sole breadwinner and caregiver while she serves her sentence.

16     The government does not object to the defendant's request.

17     The parties hereby stipulate and agree that the self-surrender date for defendant Robin
18 O'Connor be continued from June 25, 2012, to July 23, 2012, at 2:00 pm.

19     IT IS SO STIPULATED.

20     MELINDA HAAG
    United States Attorney

21
  6/4/12                                        /s/
22 _____                  _____
  DATED                                         THOMAS STEVENS
23                                                  Assistant United States Attorney

24

25

26 STIP. & [PROPOSED] ORDER TO CONT.
   SURRENDER DATE
   *US v. O'Connor*, 11-814 JW                    2

GEOFFREY HANSEN
                                          Acting Federal Public Defender

6/4/12                                                   /s/

_____               _____
DATED                                         RITA BOSWORTH
                                                             Assistant Federal Public Defender

      In light of the parties' stipulation, it is hereby ORDERED that the defendant's surrender date of June 25, 2012, shall be VACATED, and a new surrender date of July 23, 2012, at 2:00 p.m. shall be imposed.

 June 12, 2012                     _____
DATED                                         JAMES WARE
                                                              Chief United States District Judge

STIP. & [PROPOSED] ORDER TO CONT.
SURRENDER DATE
*US v. O'Connor*, 11-814 JW                  3