# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 581-7410

---

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**JAMES M. SCHLOETTER**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*



*DEPUTY CHIEF U.S. PROBATION OFFICER*

**NOEL BELTON**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

March 5, 2015

**FILED**
MAR 0 9 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Jon S. Tigar
United States District Judge

Re: Robin M. O'Connor
Docket No: CR 11-00814-001 JW
**INTERNATIONAL TRAVEL REQUEST**

Your Honor:

This request is being submitted to The Honorable Jon S. Tigar as a general duty matter.

On March 26, 2012, Robin M. O'Connor was sentenced by The Honorable James Ware to 21 months custody and 3 years supervised release, for a violation of Count 1: 18 U.S.C. §1343, Wire Fraud, a Class C Felony. The following special conditions of supervision were ordered at the time of sentencing: $1,456,856.00 restitution; $100.00 special assessment; access to financial records; no new lines of credit or debt; no fiduciary employment; 12 months location monitoring; mental health treatment; search; no possession of firearms or any other dangerous weapons; and DNA testing.

Supervision commenced in the Southern District of California (SD/CA) on January 28, 2014. According to SD/CA U.S. Probation Officer Scott A. Kiefer, she has maintained a stable residence with her husband and their two children. Mrs. O'Connor completed her location monitoring condition on February 17, 2015, and has submitted regular $100.00 restitution payments in accordance with the monthly schedule set at the time of sentencing. Mrs. O'Connor is a stay-at-home mom due to the adjustment issues experienced by her children while she was incarcerated and she is supported by her husband who works for a medical devices company.

Mrs. O'Connor is requesting permission to travel to London, England, in June 2015 for three weeks to visit her husband's father who suffers from dementia. Mr. O'Connor is a citizen of the United Kingdom and he would like his wife to accompany him with the children before his father's mental faculties diminish any further. Mrs. O'Connor's airfare will be covered by travel miles earned by her husband due to extensive business travel to Costa Rica and lodging accommodations will be with her husband's family.

NDC-SUPV-FORM-046 03/26/2014

**RE:** O'Connor, Robin M.  2
CR 11-00814-001 JW

It is respectfully requested by SD/CA USPO Kiefer that Mrs. Robin M. O'Connor be granted international travel to London to visit family with her husband and their children.

Respectfully submitted,                Reviewed by:

_____                _____
Daniel Zurita                          Robert E. Tenney
U.S. Probation Officer                 Supervisory U.S. Probation Officer

Travel is:

[✓] Approved
[ ] Denied

_____3/9/15_____                     _____
Date                                   Jon S. Tigar
                                       United States District Judge

NDC-SUPV-FORM-046 11/30/11